IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **04-cv-2281-AP**

**DEAN J. ROSS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Defendant's Unopposed Motion to Dismiss (doc. #8), filed September 14, 2006, it is

ORDERED that the motion is GRANTED.  This case is DISMISSED.

Dated this 14th day of September , 2006.

       BY THE COURT:

       S/John L. Kane
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT